IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-246-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARK ANTHONY WATKINS, | ) | |
| Defendant. | ) | |

On August 15, 2016, defendant Mark Anthony Watkins ("Watkins"), appearing *pro se*, filed a request [DE-68] seeking a copy of the plea agreement he executed with the government in this matter. Watkins implicitly requests that the copy be provided free of charge from the court. The request was referred to the undersigned for ruling.

At the time Watkins filed his *pro se* request, counsel had filed on his behalf a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [DE-58]. The court granted the motion in an order filed on September 9, 2016 [DE-69], and re-sentencing hearing is set for December 6, 2016.

It is well settled that federal inmates are not entitled to documents and materials at Government expense for collateral attacks on their convictions, absent some showing of a particularized need. United States v. MacCollum, 426 U.S. 317, 326-27 (1976); United States v. Gallo, 849 F.2d 607 (Table), 1988 WL 60934, at *1 (4th Cir. May 31, 1988) ("Copies of transcripts and court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need."). In this case, Watkins has no current proceedings before the court that require him to possess the plea agreement, nor has he identified

the reason why this document should be furnished to him.  Accordingly, his request for a copy of the plea agreement, free of charge, is DENIED.

SO ORDERED.  This the 22nd day of November, 2016.

_____
Julie Richards Johnston
Clerk of Court